UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|   MARK S. MORTHLAND and ) | |
|   JANE H. MORTHLAND, ) | Case No. 19-71584 |
| ) | |
|   Debtors. ) | Chapter 13 |

## TRUSTEE'S STATUS REPORT ON FINAL REPORT

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, and for her Status Report on the Final Report states as follows:

1. The Trustee's Final Report was due by January 2, 2023.

2. There is 1 outstanding check, preventing the Trustee from submitting the Final Report.

WHEREFORE, Marsha L. Combs-Skinner, the Chapter 13 Standing Trustee, prays that the Court allow an extension of ninety (90) days to submit the Final Report.

    Respectfully Submitted by
    Marsha L. Combs-Skinner,
    Chapter 13 Standing Trustee


    By: /s/ Marsha L. Combs-Skinner
       Marsha L. Combs-Skinner
       Chapter 13 Standing Trustee
       Central District of Illinois
       108 S. Broadway, P.O. Box 349
       Newman, IL 61942

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon, John L. Greenleaf, Jr., Attorney for the Debtors, and the United States Trustee, by electronic notification through ECF on December 30, 2022, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Mark S. And Jane H. Morthland
307 W. William St.
Decatur, Il 62522

                                                    /s/ Marsha L. Combs-Skinner
                                                    Marsha L. Combs-Skinner
                                                    Chapter 13 Standing Trustee